IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| KAPAK CORPORATION,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BAG, INC.,<br>a Washington Corporation,<br>Defendant. | Civ Action No. 00-cv-2296 PAM/SRN |

**PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO SERVE ITS SUMMONS AND COMPLAINT UPON THE DEFENDANT DUE TO ONGOING SETTLEMENT NEGOTIATIONS BETWEEN THE PARTIES** and ORDER

WHEREAS, plaintiff Kapak Corporation's time limit for service of the Summons and Complaint is February 9, 2001, and plaintiff and defendant are presently attempting to negotiate a settlement of plaintiff's patent infringement claims that are outlined in the Complaint; plaintiff Kapak Corporation respectfully requests that the time limit for service of the Summons and Complaint on defendant Pacific Bag, Inc., be extended sixty (60) days. This will extend the deadline from February 9, 2001 to April 10, 2001.

FILED FEB 09 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

KAPAK CORPORATION

By its attorneys,

Date: February 7, 2001

Daniel W. McDonald, #168580
Randall A. Hillson, #185838
Julie R. Daulton, #024904
Matthew A. Doscotch, #029973

MERCHANT & GOULD PC
3200 IDS Center
80 South Seventh Street
Minneapolis, MN 55402-2215
(612) 332-5300

**ORDER**

Based upon the foregoing, it is hereby ORDERED that the plaintiff Kapak Corporation's time limit for service of the Summons and Complaint on defendant Pacific Bag, Inc., be extended ~~sixty~~ thirty (~~60~~ 30) days to ~~April 10~~ March 10, 2001.

Dated: February 9, 2001

Magistrate Judge Susan Richard Nelson
United States District Judge