UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kapak Corporation,

Plaintiff,

v.

Pacific Bag, Inc.

Defendant.

CIVIL 00-2296 PAM/SRN

**ORDER OF DISMISSAL**

---

It appearing from the files and records that the case has been dormant since the date of filing,

Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

Provided that, the Court will retain jurisdiction for ten days from the date hereof to afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: June 12, 2001

**PAUL A. MAGNUSON,** Chief Judge
United States District Court

FILED JUN 14 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________